UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case Number: 21-14212-CIV-MARTINEZ-MAYNARD

JUAN ANTONIO RAMOS,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** was referred to the Honorable Shaniek M. Maynard, United States Magistrate Judge, for a Report and Recommendation ("R&R") on Defendant's Unopposed Motion to Reopen the Case and Affirm the Acting Commissioner's Final Decision (the "Motion"), (ECF No. 17). Judge Maynard filed an R&R recommending that the Motion be granted, (ECF No. 19). The Court has reviewed the entire file and record, and notes that no objections have been filed to the R&R. Accordingly, after careful consideration, it is hereby:

**ORDERED AND ADJUDGED** as follows:

    1.    The Report and Recommendation, (ECF No. 19), is **AFFIRMED AND ADOPTED**.

    2.    Defendant's Motion, (ECF No. 17), is **GRANTED**.

    3.    The Clerk of Court is **DIRECTED** to **REOPEN** this case for the purpose of issuing a final judgment for Plaintiff.

    4.    By separate Order, the Court will **AFFIRM** the Commissioner's new decision of

August 9, 2023, in favor of Plaintiff, (ECF No. 17-1), **ISSUE** a corresponding Final Judgment for Plaintiff pursuant to Federal Rule of Civil Procedure 58, and direct the Clerk to reclose this case.

**DONE AND ORDERED** in Miami, Florida, this 24 day of April, 2024.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Maynard
All Counsel of Record